# EXHIBIT B

## DECLARATION OF PAMELA SANCHEZ

I, Pamela Sanchez, under penalty of perjury, state based on personal knowledge that the following facts are true and correct:

1.     I am over the age of 21 years.

2.     I currently reside in Chicago, Illinois.

3.     I have been employed with Personnel Staffing Group, LLC d/b/a MVP ("MVP") since on or about November of 2013, just after Thanksgiving of that year, until February 9, 2015.

4.     From approximately November of 2013 to May of 2014, I was employed by MVP as an Onsite Supervisor for MVP at Gold Standard Baking, Inc. ("GSB") located at 3700 S. Keeler Ave, Chicago, Illinois. My MVP supervisor located at GSB was Janet Rostro. I was initially assigned as a "floater" which meant that I would work as an Onsite Supervisor on different shifts and weekends to cover for other MVP Onsite Supervisors at GSB as needed. In January of 2014, I was assigned as the third shift MVP Onsite Supervisor at GSB.

5.     From approximately June of 2014 through February 9, 2015, I was employed by MVP as a Dispatcher at its Cicero Branch Office located at 5637 W. Roosevelt Road, Cicero, Illinois ("MVP Cicero Branch"). The manager of the MVP Cicero Branch Office was Lisette Robles when I applied at and had an interview for a job with MVP in early November of 2013. By the time I had started at MVP, Iveliz Figueroa had become the MVP Cicero Branch Office Manager until May of 2014. From May of 2014 through November of 2014, Oscar Valdez was the Cicero Branch Office Manager. Since November of 2014, Jeffrey Bobroff has been Cicero Branch Office Manager.

6.     MVP's Cicero Branch was primarily responsible for supplying temporary laborers to GSB, along with several other client companies. MVP typically assigned about 100 - 200 laborers to GSB each day.

1

7.      While a MVP Onsite Supervisor at GSB, part of my job was to take orders from GSB staff for temporary laborers to work at the GSB plant and then to fill those orders. To fill GSB's orders for temporary laborers, I would work with MVP Dispatchers at the Cicero Branch Office, recruit temporary laborers directly, call temporary laborers directly and/or contact MVP's van drivers who generally recruited laborers in the Little Village area of Chicago and other predominantly Hispanic neighborhoods.

8.      MVP had a desk at GSB for MVP Onsite Supervisors with a phone that was answered by MVP Onsites. The number of this phone was presented to the public as an MVP phone number on MVP business cards and Spanish-language flyers passed out in the Hispanic community that said work was available to work at a Chicago bakery on Kedzie Avenue. I have never seen a flyer like that in English.

9.      When a laborer contacted the above-mentioned phone number, if he was not already entered into MVP's TempsPlus system, we would refer that laborer to the MVP Cicero Branch Office to complete an application or take the application ourselves and send it to MVP. Since the time I worked as an Onsite Supervisor at GSB in November 2013, Onsite Supervisors at GSB, including me, would keep a list of names of people who called to the MVP phone line at GSB. I know that other Onsite Supervisors at GSB did this too because I saw the other's notebook and the Onsites would often share information with other Onsites.

10.     Alex Salgado, the GSB Plant Manager, was the primary representative of GSB to whom the MVP Onsite personnel, including myself, reported.

11.     While I was working as a MVP Onsite Supervisors at GSB, on several occasions, Alex Salgado told me directly not to assign African American laborers to work at GSB because they were lazy, they were trouble makers and their job performance is poor, or words to that effect, and that he wanted only Hispanic laborers.

2

12.     Other GSB staff, including shift supervisors for each Department also told me and other MVP Onsites at GSB that they did not want me to assign African Americans to work at GSB and that they preferred Hispanic laborers.

13.     While I was working onsite at GSB, I know that MVP rarely assigned African Americans to work at GSB and, if so, usually only to weekend shifts to avoid paying its Hispanic laborers overtime wages or to third shifts for shorter assignments because it was more difficult to fill orders for those shifts.

14.     While I was the MVP Onsite Supervisor for third shift at GSB, on the rare occasions when MVP did send African Americans to work on the third shift at GSB, I was told by employees of GSB to "Do Not Return" ("DNR") those African American laborers, which meant I should terminate their assignment to GSB.

15.     When an MVP Dispatcher from the Cicero Office would send me a list of laborers that she was going to send to work on the shift I supervised at GSB, I could tell who were Hispanics and who were not Hispanics by looking at their last names. Based on the instructions I received from GSB, confirmed by my supervisor from MVP, if I saw a non-Hispanic name on a list of laborers to be assigned to GSB, I would often advise the MVP Dispatcher not to send that person to work at GSB and to cancel them, even after they had been assigned, because I knew that they would be rejected.

16.     While I was still working as an Onsite at GSB, in approximately January of 2014, all of the MVP Onsites at GSB, the MVP Cicero Branch Office Dispatchers and MVP van drivers were all called to a meeting at the Cicero Branch Office because Alex Salgado had sent an email to the MVP management complaining that MVP was not filling the job orders at GSB and threatening to change staffing agencies. Daniel Barnett, the MVP owner, and Darren Grotollo, MVP Vice President, were present at the meeting. The purpose of the meeting was to

3

discuss the difficulty in filling the job orders at GSB which had become more difficult because Hispanic workers were complaining about the working conditions, including the heat, the speed of the machines, the lack of breaks and regularly not being paid for all hours worked. I and several of the other Onsites at GSB and MVP Dispatchers were complaining that we could not fill orders with African Americans and that if we assigned African Americans, GSB supervisors would tell us not to send them back and to DNR them, meaning to terminate their assignments at GSB. Mr. Barnett and Mr. Grotollo told us that they were going to talk to Gino (last name unknown), the owner of GSB, and Alex Salgado, the GSB Plant Manager, about accepting whomever MVP sent, whether they were Chinese, Polish, African Americans or whoever comes or words to that effect. However, following that meeting, nothing changed at GSB as a result of the meeting. GSB supervisors continued to tell the MVP Onsite Supervisors to DNR African Americans and not to send them.

17.     From the beginning of my assignment to GSB as an Onsite Supervisor, I kept a list of laborers in a notebook who I would call to fill an order at GSB. I learned this practice from other MVP Onsite Supervisors while being trained at as an Onsite Supervisor at GSB.

18.     Because of the instructions from GSB's employees that they preferred Hispanic laborers, I generally only kept the names of Hispanic laborers, based on their last names, on my list. Based on my experience working with other MVP Onsite Supervisors at GSB, they also had the same practice of keeping names and numbers of potential laborers to fill orders, but did not generally keep the names of non-Hispanic workers in the notebooks.

19.     While working as a MVP Dispatcher at MVP's Cicero Branch Office, my job was primarily to fill orders for temporary laborers for several client companies of MVP, including GSB. To fill these orders, I would take the following steps, among others, to recruit laborers:

a.   Assign laborers to work who came into the MVP Cicero Branch Office;

4

b. Call laborers who had previously come into or called the MVP Cicero Branch Office seeking work assignments and who had left their contact information;

c. At the direction of the branch manager, pass out flyers, written in Spanish, in predominantly Hispanic neighborhoods of Chicago encouraging laborers to contact my cell phone number (*See*, for example, the flyer attached as Exhibit A to this Declaration). Other MVP Dispatchers also pass out flyers to recruit, but always in Spanish and in Hispanic neighborhoods;

d. Make requests for laborers of MVP's van drivers who regularly recruited laborers from the Little Village area of Chicago and other predominantly Hispanic neighborhoods; and/or

e. Contact MVP's Elmwood Park Branch Office or a related staffing agency, MVP Workforce, LLC ("Workforce"), to request additional laborers to fill the order.

20.     During the period I worked as a Dispatcher at the MVP Cicero Branch Office, I know that laborers who walked into the office in the morning would sign in on a sign-in sheet like the one attached to this declaration as Exhibit B. The sign-in sheet would indicate the order in which each laborer arrived and have a space for the laborer to put their contact information. At the end of each day, we were directed to throw the sign-in sheets into the recycling bin by the Cicero Branch Manager. No one ever instructed me or, to the best of my knowledge, any other Dispatchers to preserve these sign-in sheets.

21.     During the period I worked as a Dispatcher at the MVP Cicero Branch Office, I learned from the other MVP Dispatchers while I was being trained that Dispatchers used the following practice in dealing with new laborers seeking assignments from the MVP Cicero Dispatch Office:

a. For African American laborers, when they asked for an application, Dispatchers, including myself, would say "The only way that I can give you an application is if we have any open job orders. Otherwise, come back in the morning around 4:00 a.m. to see if there is work" or words to that effect. In some instances, if we needed an extra laborer to fill an order or if we needed laborers to fill a more difficult and unpopular job order, such as a job where the work was done in freezing temperatures (a "cold site") or where the shifts were longer, we might allow African Americans to fill out an application for possible assignment. See, for example, the list of laborers being sent to three meat packing companies in Chicago, all cold sites, attached hereto as Group Exhibit C (with names of African Americans laborers assigned). See also the list of laborers being sent to Johnsburg, with 13 hour shifts, attached hereto as Exhibit D (with names of African Americans laborers assigned). We would not enter them into the TempsPlus system until they were assigned, but these applications, with the contact information, are kept in binders behind the dispatch counter at MVP's Cicero Branch Office.

b. For Hispanic laborers, Dispatchers, including myself, would immediately give them an application when they came in seeking an assignment and we would generally immediately put them on a work ticket or call around to other MVP client companies to find work for them. Once they were assigned, we would put them in the TempsPlus database that MVP uses. I and other MVP dispatchers would keep notebooks with the contact information of laborers to recruit. See excerpts from the contacts I kept in a notebook attached as Group Exhibit E.

Because we knew that many of MVP's client companies only wanted Hispanic laborers, we mostly only kept track of the names of Hispanic workers.

22. I kept the sign in sheet from October 16, 2014, attached Exhibit B, is because the third shift Dispatchers, including myself, were told to help fill orders for the first shift. Kevin James, an African American, had come into the MVP Cicero Branch Office on October 15, 2014 about 3 p.m. while I was working. I had him fill out an application, attached as Exhibit F, and I told him to come back in the morning around 4 or 4:15 a.m. to work and that he could go to either of two client companies of MVP, one of which was GSB. Each night, third shift MVP Dispatchers, including myself, would complete a "closing email" for the night with details of laborers who were confirmed for orders on the next day. In my closing email of October 15, 2014, I included the name of Kevin James and informed the first shift Dispatchers where his application was and that he was confirmed for assignment. Later the same day, when I began working after 2 p.m., Mr. James returned to complain that he had not been sent out to work even though I had confirmed him the night before. Mr. James told me that he was told to wait to see if there was work and he waited from 4 a.m. to about 9 a.m. The morning dispatcher claimed that Kevin James did not appear at MVP but that is not true. I kept the sign in sheet for that day because it showed that Kevin James had, in fact, appeared at MVP that morning. I complained to the MVP Cicero Branch Office Manager, Jeffrey Bobroff, that I had confirmed Kevin James as I had been instructed to do, but that he had not been sent out. The Cicero Branch Manager did not do anything about the situation and, in fact, told me that I should not confirm African Americans for work, but just to tell them to show up in the morning to see if work was available.

23. When any laborer filled out an application, Dispatchers, including myself, would make a copy of the laborer's photo ID. Once we put the laborer in TempsPlus and completed the I-9 process, we would throw the copy of the photo ID in the recycling. No one ever told us to

preserve these records. The Cicero MVP Branch Manager told all of the Dispatchers not to keep a copy of the photo ID in the file because if there was ever an audit, we could get in trouble. If we did not put the information on the application and complete I-9 process for a laborer, we would keep copies of the photo IDs in the file.

24.     Having a copy of the photo ID allowed me to determine the race of the laborer. However, even if a copy of a photo ID was not in the file, I could tell by the laborer's last name whether they were Hispanic or not.

25.     During the period I worked as a Dispatcher at the MVP Cicero Branch Office, I know that there were regularly between 20 to 50 African Americans who came into the office seeking work assignments for each shift but who were not assigned even when Hispanic laborers who arrived later were assigned.

26.     The MVP Cicero Branch Office has a security video camera in the dispatch area. I know that the security camera records video which can be replayed.

27.     The MVP Cicero Branch Manager told the Dispatchers, including me, to have African American applicants complete the criminal background authorization, but not the Hispanic applicants. See, for example, the application of James Lewis, an African American, who was required to complete the background authorization, and of Luz Hernandez and Felicia Hernandez, Hispanics, who were not required to complete the background authorization, all attached as Group Exhibit G. Because MVP often required me to perform work after hours and from my home, I have these applications in my possession.

28.     Until about November of 2014, all of the MVP Cicero Branch Office Dispatchers and MVP Van Drivers were Hispanic. In November of 2014, MVP hired a Polish Dispatcher.

29.     I am not suffering any impediments and am competent to testify to all of the foregoing.

I declared under penalty of perjury that the foregoing is true and correct.

Executed Dated: February 13, 2015

Pamela Sanchez

# EXHIBIT A



*Most*Valuable*Personnel*
Experience the Difference

# OPPORTUNIDAD DE EMPLEO!!

## Posiciones disponibles inmdiatamente 2do—Assignacion a largo plazo.



o Trabajo General

o Montacargas (con Exp.)
Localisado en Alsip, IL

o Empacadora de galletas
Horario 5pm-1:30am

o Días Festivos pagados

**Todos los candidatos DEBEN ser:**

**Responsables, Buena actitud, Puntual y tener iniciativa,**

llame para mas detalles llame a Pamela:



(708)

5637 W. Roosevelt Road
Cicero, IL 60804

MVP es un empleador de igualdad de oportunidades.

# EXHIBIT B



MostValuablePersonnel
Experience the Difference

## DAILY PHONE LIST

DATE: 10/16/14                    SHIFT: 1 s

| NAME: NOMBRE: | PHONE#: # TELEFONO: | SHIFT: TURNO: | ENGLISH: INGLES: | CAR: CARRO: |
|---|---|---|---|---|
| Juan Garcia | 77 ▓▓ | 1 st | | |
| Christopher hill | 773 ▓ | 1st | yes | n |
| Jamar Fletcher | 915 ▓ | 1st | yes | no |
| James Lewis | 773 ▓ | 1st | yes | yes |
| Kevin James | 11 ▓ | | Yes | yes |
| Olivia Gallardo | 773- ▓ | 1st | No | No |
| Esperanza Mendez | 773- ▓ | 1st | No | No |

# EXHIBIT C

**Pamela Sanchez**

| | |
|---|---|
| **From:** | Pamela Sanchez |
| **Sent:** | Sunday, September 21, 2014 7:21 PM |
| **To:** | Yaneth Mendoza; CiceroBranch |
| **Subject:** | RE: Closing Email |

Update

**Pamela Sanchez**
**3rd Shift Coordinator**
**708-656-4166 EXT-4561**

**From:** Yaneth Mendoza
**Sent:** Sunday, September 21, 2014 12:55 PM
**To:** CiceroBranch
**Subject:** Closing Email

Hello Team,
We have the following,

# 1st shift
## MERCURY
4 heavies and 3 lights to report to Imelda between 7-8am
Monica please ask Lucia for the number belonging to Virginia Torres she wanted to work at Mercury, she gave the number to Lucia on Friday

## GRANDWAREHOUSE- OHIO
Send the same 2 heavies that were sent on Friday at 7am Monday

## GRANDWAREHOUSE – NORTHLAKE
Send 30 temps to report to Antonio at 6am

## SLIDEMATIC
2 lights to report to Roberto , for the first day they will work at 7am and then after will start at 7:30am. Must speak English, 2-3 week assignment.
    1.  Bianca Alvarez 773-437-0892 we only missing one light she will be in a 4.30am…

## JET –DOWNERSGROVE
1 temp to report to Sharon by 7am

## JET-BOLINGBROOK
Driver will have to give the following a ride to BB on Monday
1.       Guadalupe Guerrero if she does not arrive in the morning no replacement is needed
2.       Llidia Lozano
3.       Jevon Vivrette
4.       Hilaria Roman

5.     Belén Monroy
6.     Leticia Acosta
7.     Maria Nieto

**THE PENRAY**
Confirm Mercedes Castro-Confirmed
Joel Garcia – Confirmed

**LAWRENCE FOODS**
Please note the ones in blue are confirmed, the rest still have not answered or have a phone number not in service

| |
| --- |
| FRANCISCO |
| HECTOR LUNA |
| JOEL ALONZO |
| FABIOLA LAGUNAS |
| LOURDES GARFIO |
| AVELINO CRUZ |
| ERIKA HERRERA |
| ROBERTO SOTELO |
| JAIME SOLIS –NUMBER NOT IN SERVICE |
| MARCIAL PEREZ |
| PAIGE PARNELL |
| JULIO CARRANZA |
| MARIA MALDONADO |
| JORDAN KELLY |
| ROGELIO MARTINEZ |
| EUGENIO MEZA |
| JOSE GINA – NUMBER NOT IN SERVICE |
| HEISELL PEREZ – NUMBER NOT IN SERVICE |

**ROSE PACKING** Please note those who are confirmed, those who did not answer , and those who have no number to be reached at.  All those in blue have been confirmed, the rest are pending.
AGUILAR, HULISIS
AVALOS, BERNARDO – No Answer
BRITTON, MARSHALLOW (Number is Disconnected)
CAMPOS, GEREMIAS
CATCHINGS, DASYUN

DELGADO, PABLO–
DE LOS SANTOS, ELIASIN (Number is not in service)
DOMINGUEZ, JOSE JAIME
GONZALEZ, MIGUEL
HAMLET, KEVIN
JUAREZ, FRANCISCO
LANDEROS, DANIEL
LEE, ROBERT LEE41A
LOPEZ, SYLVESTER– No Answer
LOWE, TERRENCE– No Answer
LURKS, PHIL
MIXON, CARY
MOORE, TORIE– No Answer
NAVA, MARIO
OROZCO, GABRIELA– No Answer
PEREZ, SERGIO Z
PICO GARZA, JESUS
RAMOS, GEORGE
REYES, ROBERTO
RIVERA, JOSE
SANPEDRO, MARIO
SHORTER, TRENT– No Answer
SIMPSON, FARRIS SIM84A
STANFORD, LEVI
STEWART, D'JUAN– No Answer
TELLO, JOSE
WASH, TIMOTHY
WILKINS, ADONIS

# BLESSED
# 6 people at 7am
Esteban Roman-Confirmed
Lourdes Nivelo-confirmed
Filiberta Montes-confirmed
Eunice Galvan-confirmed
Humberto
Johana Santos-confirmed

# 2nd shift

## Stampede
Bridgeview needs 1 heavy ( Jesus Contreras will report straight to the company, Maria please confirm him in the morning.)
   2.  And 2 lights pending (must have their own transportation)
   •  **Antonia Pastrana (GMPS) are on Lucia Desk. We only missing one Light**
## Lawrence Foods

3

*2nd **Shift*** – Please confirm tomorrow morning (employees will start at 6pm unless other wise stated by Ashley, waiting on her reply)
Diego - Confirmed
Fidel Guadarrama – Did not answer
Ronnie Doxy – Confirmed
3 extra heavies must be sent for a total of 6.

*3rd **Shift*** ( also starts at 6pm, Jose's order) Please make sure we give them another call….
1.Martin Herrera (confirmed)
2. Angelo Watson (confirmed)
3.David Muniz(confirmed)
4.Stanley Richardson(confirmed)
5. Samuel McCollough (confirmed)

Thank you


**Yaneth M Mendoza**
Most Valuable Personnel
5637 W. Roosevelt Rd.
Cicero, IL
Office:708-656-4166 EXT:**4558**
Fax:847-725-0038

# EXHIBIT D

## Yaneth Mendoza

| | |
|---|---|
| **From:** | Stephanie Tempo |
| **Sent:** | Wednesday, October 22, 2014 10:00 AM |
| **To:** | CiceroBranch |
| **Subject:** | Fwd: 10/22 2nd |
| **Attachments:** | MVP TEMPORARY HAND WORK 2ND SHIFT.xls; ATT00001.htm |

Please DNR the following - see below

Stephanie Tempo
Most Valuable Personnel
847-770-1995

Begin forwarded message:

> **From:** Scott Kibort <scott.kibort@johnsbyrne.com>
> **Date:** October 22, 2014 at 9:58:39 AM CDT
> **To:** Claudia Morales <Claudia.Morales@johnsbyrne.com>, Scott Kibort <scott.kibort@johnsbyrne.com>, Stephanie Tempo <STempo@mvptemp.com>, Yeici Lopez <YLopez@psgwork.com>
> **Subject: 10/22 2nd**

Do not return Christian Pingdo and Nina Waldlington.

Do not return Monique Houston and Kenita Jackson, both walked out at 5:45pm last night.

**Scott Kibort**
Handwork Manager

JohnsByrne Company
6701 W. Oakton st.
Niles, IL 60714
Direct: 847 583-3106

DISCLAIMER:
This e-mail and any attachments is only intended for the person(s) to whom it is addressed and contains confidential information. Unless stated to the contrary, any opinions or comments are personal to the writer and do not represent the official view of the company. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete the e-mail.

**Total Control Panel**

To: stempo@psgwork.com
From: scott.kibort@johnsbyrne.com

Remove this sender from my allow list

1



**WEEKLY TIME TICKET**

5637 W. ROOSEVELT
CICERO IL 60804
708-656-4166
847-725-0037 Fax

W/E Date:          10/26/2014
TICKET #
REFERENCE #

MostValuablePersonnel
Experience the Difference

*2:30pm.*

BILL TO:    JOHNSBYRNE          JOB SITE:    JOHNSBYRNE
            6701 W OAKTON ST                  6701 W OAKTON ST
            NILES, IL 60714                   NILES, IL 60714
            847-583-3100                      847-583-3100

SHIFT:  2ND SHIFT

| NUM | # | EMPLOYEE NAME | MON 20-Oct | TUE 21-Oct | WED 22-Oct | THR 23-Oct | FRI 24-Oct | SAT 25-Oct | SUN 26-Oct | TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LOC774 | LOCKE, JENIS | x | | | | | | | - |
| 2 | BAN229 | BANKS, TATYANA | x | | | | | | | - |
| 3 | CHE952 | CHEEKS, CHARISE | x | | | | | | | - |
| 4 | GUT66A | GUTIERREZ, MARIA | x | | | | | | | - |
| 5 | HER25L | HERNANDEZ, VANESSA | x | | | | | | | - |
| 6 | HOS766 | HOSKINS, JEREMIE | x | | | | | | | - |
| 7 | HOU761 | HOUSTON, MONIQUE | x | DNR | | | | | | - |
| 8 | JAC73B | JACKSON, KENITA | x | DNR | | | | | | - |
| 9 | PIN410 | PINEDO, CHRISTIAN | x | DNR (do NOT replace him) | | | | | | - |
| 10 | SHO115 | SHORTER, TRENT | x | | | | | | | - |
| 11 | WAD04S | WADLINGTON, NINA | x | DNR | | | | | | - |
| 12 | WIL90G | WILLIAMS, BARBARA | x | | | | | | | - |
| 13 | WR1018 | WRIGHT B., JAMIE | x | Mirima @ - 708·965·1384. | | | | | | - |
| 14 | | URIASTEGIO, REYNA | x | | | | | | | - |
| 15 | | | | | | | | | | - |
| 16 | Jesua | Palmer Onipede | | | | | | | | - |
| 17 | Mutho | | | | | | | | | - |
| 18 | Angela Morris | | | | | | | | | - |
| 19 | | | | | | | | | | - |
| 20 | | | | | | | | | | - |
| 21 | | | | | | | | | | - |
| 22 | | | | | | | | | | - |
| 23 | | | | | | | | | | - |
| 24 | | | | | | | | | | - |
| 25 | | | | | | | | | | - |
| 26 | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | Total | - | | | | | - | - | - |

**AUTHORIZED SIGNATURE**

*Total has to be  13*

*11 Lights + 2 heavies*

**WEEKLY TIME TICKET**

5637 W. ROOSEVELT
CICERO IL 60804
708-656-4166
847-725-0037 Fax

W/E Date:     10/26/2014
TICKET #
REFERENCE #

**MostValuablePersonnel**
Experience the Difference

BILL TO:    JOHNSBYRNE
6701 W OAKTON ST
NILES, IL 60714
847-583-3100

JOB SITE:    JOHNSBYRNE
6701 W OAKTON ST
NILES, IL 60714
847-583-3100

SHIFT:   2ND SHIFT

| MVP# | # | EMPLOYEE NAME | MON 20-Oct | TUE 21-Oct | WED 22-Oct | THR 23-Oct | FRI 24-Oct | SAT 25-Oct | SUN 26-Oct | TOTAL HRS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LOC774 | LOCKE, JENIS | X | | ✕ | | | | | - |
| 2 | BAN229 | BANKS, TATYANA | X | | | | | | | - |
| 3 | BRO73B | BROWN, KATLEEN | X | X | ▨ | 0 | | | | - |
| 4 | CHE952 | CHEEKS, CHARISE | X | | ✕ | | | | | - |
| 5 | COT607 | COTO, MIRIAM | X | X | ✕ | 0 | | | | - |
| 6 | GUT86A | GUTIERREZ, MARIA | X | | ▨ | 0 | | | | - |
| 7 | HAL367 | HALLEY, THEODORE | X | X | ▨ | 0 | | | | - |
| 8 | HER25L | HERNANDEZ, VANESSA | X | | ▨ | 0 | | | | - |
| 9 | HOS766 | HOSKINS, JEREMIE | X | | ✕ | | | | | - |
| 10 | HOU761 | HOUSTON, MONIQUE | X | | ✕ | | | | | - |
| 11 | JAC73B | JACKSON, KENITA | X | | ✕ | | | | | - |
| 12 | MARB93 | MARSH, TIFFANY | X | X | ▨ | | | | | - |
| 13 | MOR20P | MORRIS, ANGELA | X | X | ▨ | 0 | | | | - |
| 14 | OWE117 | OWENS, LATRINA | X | X | ▨ | 0 | | | | - |
| 15 | PAL45F | PALMER, IESHA | X | X | ▨ | 0 | | | | - |
| 16 | PIN410 | PINEDO, CHRISTIAN | X | | | | | | | - |
| 17 | SHO115 | SHORTER, TRENT | X | | ✕ | | | | | - |
| 18 | URI20A | URIASTEGIO, REYNA | X | | ▨ | 0 | | | | - |
| 19 | WAD046 | WADLINGTON, NINA | X | | ✕ | | | | | - |
| 20 | WAL234 | WALLS, MYKIA | X | X | ▨ | 0 | | | | - |
| 21 | WAL695 | WALKER, MARQUIS | X | X | ▨ | 0 | | | | - |
| 22 | WIL90G | WILLIAMS, BARBARA | X | | ▨ | 0 | | | | - |
| 23 | WR1018 | WRIGHT B., JAMIE | X | | ✕ | | | | | - |
| 24 | | | | | | | | | | - |
| 25 | | | | | | | | | | - |
| 26 | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | Total | - | - | - | - | - | - | - | - |

AUTHORIZED SIGNATURE

# MVP TEMPORARY WORK ORDER

## HAND WORK

| | 10/22 | | | 2nd Shift | | COMMENTS |
|---|---|---|---|---|---|---|
| | GEN | STK | TOT. | TIME | HRS | |
| LINE 1 | 0 | 0 | 0 | 2:30pm | 8hrs | |
| LINE 2 | 11 | 2 | 13 | 2:30pm | 12hrs | |
| LINE 3 | 0 | 0 | 0 | 2:30pm | 8hrs | |
| LINE 4 | 0 | 0 | 0 | 2:30pm | 8hrs | |
| | 0 | 0 | 0 | 2:30pm | 8hrs | |
| | 0 | 0 | 0 | 2:30pm | 8hrs | |
| | 0 | 0 | 0 | 2:30pm | 8hrs | |
| | 0 | 0 | 0 | 2:30pm | 8hrs | |

## MOUNTING

| | 0 | 0 | 0 | 2:30pm | 8hrs |
|---|---|---|---|---|---|
| | 0 | 0 | 0 | 2:30pm | 8hrs |

| TOTAL | 11 | 2 | 13 |
|---|---|---|---|

# EXHIBIT E

AMERICAN
★
M·A·D·E

70 SHEETS          ROARING SPRING          PAPER PRODUCTS          COLLEGE RULED
                   ROARING SPRING · PA 16673                          10.5 x 8

1 SUBJECT NOTEBOOK
MADE IN U.S.A
www.rspaperproducts.com

SALS
3rd 4 Francisco Reyes (773)
Lizbeth Arellano (773)
Ramon Morales 214) Sat/Sunday
Maximino Salgado 773)
Ofelia Gonzales 708
Michael Brown (219)
Alejandro Cardenas 773) CARGO
Curtis Hooston (872)
Angelica Rodriguez (773)
Maria Ochoa (773)
Rene Aluino 312)

Jarnisha Haynes MVP
312

\* Alvin Smith — 773)
Jimmy Mohaw 773)
Gregory Davis 773)
Karla Esquivel 872) 773-
VARIIB \* Francisco Vargas 708-
\* Miguel Juarez) 312-
Nancy Suniga 773-
Samuel Flores 708
Juana Ramirez 708-
1st Donata Bolanas 708)
Luis Jimenez 773-
Antoinnette M Stephens 773-
Alexander Molina 773-
Samuel Wilson 708-
today available Mary Rodriguez 312- 3rd
today available Margarita Galicia 773- 3rd
Fermin Higuero 773)
Ivan Hernandez (618)
Oscar Mejia (708)
Troy Mickle

MEN 610 Michelle Mendiola (630)
Alison Figueroa 773
※ Elizabeth Lopez (applied not in system) 773-
EaRL Venete (773)
Pastor Camacho 708-
Flores, Sylvia
713-737-5058
Sat/Sun Alfredo Gonzalez 773-
Redmond Floyd 7.73-
Charles green 312-
3r) Juan Durkall 708-
3rd) Mario / Nava 773-
3rd) Mariana Estrada 773
3rd) 708-724-5610
Larry Walkowich
X Daniel Landeros (312)
Carmen Pulido 773-
3rd Miriam Pastor (312)
Hernan Cortes 312-
※ Olga Cruz
84 241L Mark Peterson 812
X Francisco Javier 708-
Florencio Rodriguez 312-
Aureliano, Delfin 630-

708-

MELOSA (773) 1pr Rosario Melgar

Aurora Alvarez        773-⬛⬛⬛
Laura Muñoz           773-⬛⬛⬛
Dwaine Porter         773-⬛⬛⬛
George Quincy         773-⬛⬛⬛
Wilson Leroy          773-⬛⬛⬛
Smith Garrell         773-⬛⬛⬛
Angela White          872-⬛⬛⬛
Tyler Canfield        773-⬛⬛⬛
Bryant theresa        773-⬛⬛⬛
Juana Mendez          773-⬛⬛⬛
Kadazia Akins         773-⬛⬛⬛
Dominquie Lawson      773-⬛⬛⬛
Bryan Bromith         773-⬛⬛⬛

Dantay Temple         773-⬛⬛⬛
Lottie Harris         773-⬛⬛⬛
Tashawn Nolen         773-⬛⬛⬛
Michael Merritt       773-⬛⬛⬛
Rosemarie Rogers      224-⬛⬛⬛
Paul Purcell          847-⬛⬛⬛
"2ND" Martha Sanchez  ⬛⬛-⬛⬛⬛

"Rose packaging"
                      773⬛⬛⬛
Carlos Ortiz          312-⬛⬛⬛

Angela Hills          (312) ⬛⬛⬛
last friday 4pm to 12am → report Juana

7-7-2014 Monday

| Name | Number | |
|---|---|---|
| Yolanda Liggins | 312 | 2ND |
| Charles Edwards | (773)- | 1,2,3 |
| Shanola Parker | (773) | 3 |
| Clarence Butler | (773) | 3rd Rd |
| Abel Cervantes | 312- | 1st |
| Luis Angle Rodriguez Montalvo | 208- | 8rd |
| Sebastian Lux | 773- | rd |
| Graciela Tellez | 872- | 1st |
| Rocio Del Carmen Roo 96 K | 773- | 3rd |
| ☒URBO Maria Urbina 773-715-9772 | 773- | |
| Kendrick Thomas Tho974 | | |
| Hogue Janice | 773- | 3rd |
| James Eason | 773- | rd |
| Virginia Marburo | 773- | Cheque |
| Jessy Lathania Porsher | 312- | 312- |
| Palabless Richarso | 708- | 3rd |
| Charrice Easton | 708- | 2 ND 3 |
| Ricardo Rivera Edgardo | 773- | 1st |
| Luz Maldonado Ma | | |
| Larry Buckley | 708- | 3 |
| Gle'shay Currier | 267- | |
| Petmo Almout | 708- | |
| Christi Jones | 773- | oof |
| Lenny Widsond | 773- | |
| Nathasha Flores | 773- | |
| Anthoni Winters | 773-312- | |
| Brown William | 312 | |
| Car ⟨ Johathan | 872- | |
| 10mm ⟨ Jessica | 872- | |
| Jamell Alejander | 773- | |
| Ernes Ricardo Rivera | 773- | |

Tuesday, 7-8-2014                                    Bakery
Davison                          773:               1, 2, 3
Anthony Harris(       )847

Michael
Sherren Darlen                   312:               1st
Nancy Castillo                   312                 2ND
Shila Williams                   773.               2ND-3r.
7-14-75  Franklin Lara 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  773            1st stappe
         Aracely Salazar          773               2ND
Zenaide Jimenez                  773:               2 NO
Shaun Bell                       1 847              3 NO
Brown Andrea                     312-               3rd
Darius                           773                3rrd
   Tamelka Wilder                773                3rd
Wy Field         773:            773
Jeffrey Leggins
Rebbecca Busmand 224:
      Osworn                     877:
Robert Thompson 773:                                Tre
                                 312:
      Horton
Glennis Mixon                    773:

Tuesday 7-15-2013

773 ▪

| | Name | Phone | |
|---|---|---|---|
| | Michael Markitt | | |
| | Crystal Jones | 773 | |
| | Yarida Galvan | 708 - | Pape |
| | Victor Fairley | 312 - | |
| 1hrs | Ronel Nai | 847 - | Baken |
| 1hrs | Rita Wallace | 773 | |
| 1hrs | Andre Brown | 773 | baker |
| | Amber Harris | 773 - | Baker |
| | Robert Chaus | 312 | |
| | Christian Flores | 312 | 2's |
| | Roberta Walker | 312 - | EX/ 11 |
| Bus 1hr | Manuel E | 708 - | 1-2-3 |
| | Raraela Enrique | 773 - | 2nd |
| | Latrice Applewhite | 773 - | |
| | Jesus Contreras | 708 - | |
| 15min | Jody Strong | 773 - | |
| | Sasha Matchear | 708 | |
| | Bernard Williams | 872 - | |
| | Pebbles Richardson | 708 | |
| | Efren Silvia | 630 - | |
| | Reginold Harfield | 847 | car |
| | Maurice Payton | 872 | |
| | Antoinette | 773 - | |
| | Nafateria B. | (331) | |
| | Antionette Bratcher | (773) | |
| | Alfred Boyd | 773 - | no |
| | Robert Shacks | 312 - | |
| | Tamekic Pault lathania | 773 - | |
| | Kiana Beyou | 773 - | |
| | Genneva Green | 309 | |
| | Don Hagge | 773 - | |
| | D AAdre | 312 - | |
| | Andre Brown | 773 - | |
| | Jonathan | 872 - | |
| | Jessica | 872 - | |

# EXHIBIT F

381406

JAM 315

## EMPLOYMENT APPLICATION/SPANISH

**MostValuablePersonnel**
a Division of Personnel Staffing Group, LLC

Last Name: JAMES
Apellido

First Name: KEVIN
Nombre

Address: _____
Dirección

City: _____
Ciudad

State: _____
Estado

Zip Code: _____
Código Postal

Phone Number: (773) _____
Teléfono

Alternate Number: (773) _____
Otro Teléfono

Social Security Number: _____
Número de Seguro

Are you over 18? yes
¿Es usted mayor de 18 años?

What shift/hours are you available to work? _____
¿Que turno/horario usted esta buscando para trabajar?

### Previous Employment:    Trabajo anterior

Company Name: _____
Nombre de la compañía

Address: _____
Dirección

Phone Number: _____
Teléfono

Supervisor's Name: _____
Nombre del supervisor

May we contact your previous employer? _____
Podemos contactar a su empleador anterior

Start Date: _____
Fecha de comienzo

End Date: _____
Fecha en que termino

Job Duties: _____
Funciones de trabajo

Company Name: _____
Nombre de la compañía

Address: _____
Dirección

Phone Number: _____
Teléfono

Supervisor's Name: _____
Nombre del supervisor

May we contact your previous employer? _____
Podemos contactar a su empleador anterior

Start Date: _____
Fecha de comienzo

End Date: _____
Fecha en que termino

Job Duties: _____
Funciones de trabajo

Do you have your own transportation to/from work? N/O
¿Tiene usted su propia transporación para ir/venir del trabajo?

I agree to conform to the rules and regulations of Most Valuable Personnel, hereinafter referred to as MVP, and understand that my employment may be terminated for any cause at any time. If injured during work I am to report accidents to MVP. Work-related injuries or illness are subject to be tested for the presence of drugs and/or alcohol. Refusal to be tested will be reason for dismissal. I understand that I am applying for temporary work assignments with MVP, and MVP is the "employer of record". I authorize MVP to verify my information for employment. I authorize MVP to check my information for any criminal activity. I authorize MVP to administer a drug screen prior to employment. I have read and understand this application and the above statements.

Yo estoy de acuerdo en ajustarme a las reglas y regulaciones de Most Valuable Personnel, que se referirá en todo el contexto como MVP, y entiendo que mi empleo puede terminar por cualquier causa. Si me lastime durante horas de trabajo debo de reportar cualquier accidente a MVP. Accidentes o enfermedades relacionados con el trabajo son sujetos a ser examinados para detectar la presencia de drogas y/o alcohol. Yo entiendo que estoy aplicando para una asignación de trabajo temporal con MVP, y MVP es el empleador del registro. Yo autorizo a MVP a verificar mi información para empleo, verificar mi información por alguna actividad criminal, y a administrar una prueba de drogas antes de emplearme si es necesario. Yo leí y entiendo esta aplicación y las declaraciones mencionadas arriba.

Employee Signature: _____
Firma del empleado

Date: 12-13-14
Fecha

# GROUP EXHIBIT G

*LEW3S3*

**EMPLOYMENT APPLICATION/SPANISH**

*MostValuablePersonnel*
a Division of Personnel Staffing Group, LLC

Last Name: *Lewis*
Apellido

First Name: *James*
Nombre

Address:
Dirección

City:
Ciudad

State
Estado

Zip Code
Código Postal

Phone Number: *1-773)*
Teléfono

Alternate Number:
Otro Teléfono

Social Security Number:
Número de Seguro

Are you over 18? *Yes*
¿Es usted mayor de 18 años?

What shift/hours are you available to work? _____
¿Que turno/horario usted esta buscando para trabajar?

**Previous Employment:**          Trabajo anterior

Company Name: _____
Nombre de la compañía

Address: _____
Dirección

Phone Number: _____
Teléfono

Supervisor's Name: _____
Nombre del supervisor

May we contact your previous employer? _____
Podemos contactar a su empleador anterior

Start Date: _____
Fecha de comienzo

End Date: _____
Fecha en que termino

Job Duties: _____
Funciones de trabajo

Company Name: _____
Nombre de la compañía

Address: _____
Dirección

Phone Number: _____
Teléfono

Supervisor's Name: _____
Nombre del supervisor

May we contact your previous employer? _____
Podemos contactar a su empleador anterior

Start Date: _____
Fecha de comienzo

End Date: _____
Fecha en que termino

Job Duties: _____
Funciones de trabajo

Do you have your own transportation to/from work? *No*
¿Tiene usted su propia transportación para ir/venir del trabajo?

I agree to conform to the rules and regulations of Most Valuable Personnel, hereinafter referred to as MVP, and understand that my employment may be terminated for any cause at any time. If injured during work I am to report accidents to MVP. Work-related injuries or illness are subject to be tested for the presence of drugs and/or alcohol. Refusal to be tested will be reason for dismissal. I understand that I am applying for temporary work assignments with MVP, and MVP is the "employer of record". I authorize MVP to verify my information for employment. I authorize MVP to check my information for any criminal activity. I authorize MVP to administer a drug screen prior to employment. I have read and understand this application and the above statements.

Yo estoy de acuerdo en ajustarme a las reglas y regulaciones de Most Valuable Personnel, que se referirá en todo el contexto como MVP, y entiendo que mi empleo puede terminar por cualquier causa. Si me lastime durante horas de trabajo debo de reportar cualquier accidente a MVP. Accidentes o enfermedades relacionados con el trabajo son sujetos a ser examinados para detectar la presencia de drogas y/o alcohol. Yo entiendo que estoy aplicando para una asignación de trabajo temporal con MVP, y MVP es el empleador del registro. Yo autorizo a MVP a verificar mi información para empleo, verificar mi información por alguna actividad criminal, y a administrar una prueba de drogas antes de emplearme si es necesario. Yo leí y entiendo esta aplicación y las declaraciones mencionadas arriba.

Employee Signature:
Firma del empleado

Date: *12-13-14*
Fecha

## LIBERTAD DE ANTECEDENTES CRIMINALES

Yo, el abajo firmante, por este media autorizo a Most Valuable Personnel a examinar cualquier y todo antecedente criminal y arrestos en archivos de los Estados Unidos de América. Al hacer eso, yo entiendo que yo estoy renunciando a mis derechos de confidencialidad referente a mi historia criminal.

Imprime nombre completo del solicitante: James Lewis

Número de licencia de conducir:

Número de Seguro Social:

Dirección:

Cuidad:                    Estado:                    Código Postal:

Fecha de liberación: (hoy)

Firma:

**EMPLOYMENT APPLICATION/SPANISH**

*86476*
*# ERH54*

**MostValuablePersonnel**
a Division of Personal Staffing Group, LLC

Last Name: **HERNANDEZ**          First Name: **FELICIA**
Apellido                                          Nombre

Address: ██████████
Dirección

City: ██████████          State: ███          Zip Code: ████████
Ciudad                                Estado          Código Postal

Phone Number: (773) ████          Alternate Number: (773) ████
Teléfono                                          Otro Teléfono

Social Security Number: ████          Are you over 18? **YES**
Numero de Seguro                                ¿Es usted mayor de 18 años?

What shift/hours are you available to work? _____
¿Que turno/horario usted esta buscando para trabajar?

**Previous Employment:** Trabajo anterior

Company Name: **MAXWELL ST. DOKH**
Nombre de la compañía

Address: ██████████
Dirección

Phone Number: (773) ████          Supervisor's Name: _____
Teléfono                                          Nombre del supervisor

May we contact your previous employer? **X**    Start Date: _____    End Date: _____
Podemos contactar a su empleador anterior          Fecha de comienzo          Fecha en que termino

Job Duties: **CASHIER, ORGANIZER, cleaning, cooking.**
Funciones de trabajo

Company Name: _____
Nombre de la compañía

Address: _____
Dirección

Phone Number: _____          Supervisor's Name: _____
Teléfono                                          Nombre del supervisor

May we contact your previous employer? ____    Start Date: _____    End Date: _____
Podemos contactar a su empleador anterior          Fecha de comienzo          Fecha en que termino

Job Duties: _____
Funciones de trabajo

Do you have your own transportation to/from work? **YES my CAR!**
¿Tiene usted su propia transportación para ir/venir del trabajo?

I agree to conform to the rules and regulations of Most Valuable Personnel, hereinafter referred to as MVP, and understand that my employment may be terminated for any cause at any time. If injured during work I am to report accidents to MVP. Work-related injuries or illness are subject to be tested for the presence of drugs and/or alcohol. Refusal to be tested will be reason for dismissal. I understand that I am applying for temporary work assignments with MVP, and MVP is the "employer of record". I authorize MVP to verify my information for employment. I authorize MVP to check my information for any criminal activity. I authorize MVP to administer a drug screen prior to employment. I have read and understand this application and the above statements.

Yo estoy de acuerdo en ajustarme a las reglas y regulaciones de Most Valuable Personnel, que se referirá en todo el contexto como MVP, y entiendo que mi empleo puede terminar por cualquier causa. Si me lastime durante horas de trabajo debo de reportar cualquier accidente a MVP. Accidentes o enfermedades relacionados con el trabajo son sujetos a ser examinados para detectar la presencia de drogas y/o alcohol. Yo entiendo que estoy aplicando para una asignación de trabajo temporal con MVP, y MVP es el empleador del registro. Yo autorizo a MVP a verificar mi información para empleo, verificar mi información por alguna actividad criminal, y a administrar una prueba de drogas antes de emplearme si es necesario. Yo leí y entiendo esta aplicación y las declaraciones mencionadas arriba.

Employee Signature: ██████████          Date: **12/18/2014**
Firma del empleado                                          Fecha

## LIBERTAD DE ANTECEDENTES CRIMINALES

Yo, el abajo firmante, por este media autorizo a Most Valuable Personnel a examinar cualquier y todo antecedente criminal y arrestos en archivos de los Estados Unidos de América. Al hacer eso, yo entiendo que yo estoy renunciando a mis derechos de confidencialidad referente a mi historia criminal.

Imprime nombre completo del solicitante:_____

Numero de licencia de conducir:_____

Numero de Seguro Social:_____

Dirección:_____

Cuidad:_____ Estado:_____ Código Postal:_____

Fecha de liberación: (hoy)_____

Firma:_____

38140+

HERAOO

# MostValuablePersonnel
a Division of Personnel Staffing Group, LLC

Last Name: *Hernandez*
Apellido

First Name: *Luz*
Nombre

Address:
Dirección

City:
Ciudad

State:
Estado

Zip Code:
Código Postal

Phone Number: *773*
Teléfono

Alternate Number:
Otro Teléfono

Social Security Number:
Número de Seguro

Are you over 18? *Yes*
¿Es usted mayor de 18 años?

What shift/hours are you available to work?
¿Que turno/horario usted esta buscando para trabajar?

Previous Employment:     Trabajo anterior

Company Name:
Nombre de la compañía

Address:
Dirección

Phone Number:
Teléfono

Supervisor's Name:
Nombre del supervisor

May we contact your previous employer? _____
Podemos contactar a su empleador anterior

Start Date:
Fecha de comienzo

End Date:
Fecha en que termino

Job Duties:
Funciones de trabajo

Company Name:
Nombre de la compañía

Address:
Dirección

Phone Number:
Teléfono

Supervisor's Name:
Nombre del supervisor

May we contact your previous employer? _____
Podemos contactar a su empleador anterior

Start Date:
Fecha de comienzo

End Date:
Fecha en que termino

Job Duties:
Funciones de trabajo

Do you have your own transportation to/from work?
¿Tiene usted su propia transportación para ir/venir del trabajo?

I agree to conform to the rules and regulations of Most Valuable Personnel, hereinafter referred to as MVP, and understand that my employment may be terminated for any cause at any time. If injured during work I am to report accidents to MVP. Work-related injuries or illness are subject to be tested for the presence of drugs and/or alcohol. Refusal to be tested will be reason for dismissal. I understand that I am applying for temporary work assignments with MVP, and MVP is the "employer of record". I authorize MVP to verify my information for employment. I authorize MVP to check my information for any criminal activity. I authorize MVP to administer a drug screen prior to employment. I have read and understand this application and the above statements.

Yo estoy de acuerdo en ajustarme a las reglas y regulaciones de Most Valuable Personnel, que se referirá en todo el contexto como MVP, y entiendo que mi empleo puede terminar por cualquier causa. Si me lastime durante horas de trabajo debo de reportar cualquier accidente a MVP. Accidentes o enfermedades relacionados con el trabajo son sujetos a ser examinados para detectar la presencia de drogas y/o alcohol. Yo entiendo que estoy aplicando para una asignación de trabajo temporal con MVP, y MVP es el empleador del registro. Yo autorizo a MVP a verificar mi información para empleo, verificar mi información por alguna actividad criminal, y a administrar una prueba de drogas antes de emplearme si es necesario. Yo leí y entiendo esta aplicación y las declaraciones mencionadas arriba.

Employee Signature:
Firma del empleado

Date: *12/13/14*
Fecha

## LIBERTAD DE ANTECEDENTES CRIMINALES

Yo, el abajo firmante, por este media autorizo a Most Valuable Personnel a examinar cualquier y todo antecedente criminal y arrestos en archivos de los Estados Unidos de América. Al hacer eso, yo entiendo que yo estoy renunciando a mis derechos de confidencialidad referente a mi historia criminal.

Imprimé nombre completo del solicitante: _____

Numero de licencia de conducir: _____

Numero de Seguro Social: _____

Dirección: _____

Cuidad: _____ Estado: _____ Código Postal: _____

Fecha de liberación: (hoy)_____

Firma:_____