IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWOIN HUNT, JAMES ZOLLICOFFER, NORMAN GREEN, JAMES LEWIS and KEVIN JAMES, on behalf of themselves and other similarly situated laborers,<br><br>    Plaintiffs,<br><br>    v.<br><br>PERSONNEL STAFFING GROUP, LLC d/b/a MVP, THE SEGERDAHL CORP., MERCURY PLASTICS, INC., MPS CHICAGO, INC. d/b/a JET LITHO, THE PENRAY COMPANIES, INC., ADVERTISING RESOURCES, INC. d/b/a ARI PACKAGING, LAWRENCE FOODS, INC. and BLOMMER CHOCOLATE COMPANY,<br><br>    Defendants. | Case No.  16-cv-11086<br><br>Honorable Judge John J. Tharp, Jr.<br><br>Magistrate: Judge Sheila Finnegan |

### DEFENDANT ADVERTISING RESOURCES INC.'S
### MOTION FOR JUDGMENT ON THE PLEADINGS REGARDING
### <u>PLAINTIFFS' TIME-BARRED § 1981 CLAIMS</u>

Pursuant to Fed. R. Civ. P. 12(c), Defendant Advertising Resource Inc. ("ARI") hereby joins the Rule 12(b)(6) Motion to Dismiss filed by Defendants The Segerdahl Corp. ("Segerdahl") and Lawrence Foods ("Lawrence"), Docket No. 51. In joining the Motion to Dismiss, ARI moves this Court for entry of judgment in favor of ARI for Plaintiffs' Section 1981 claims alleged in Count VI of Plaintiffs' Class Action Complaint ("Complaint") that are based on events occurring before December 6, 2014. All such claims are time-barred by the applicable two-year statute of limitations, Plaintiffs having first filed this lawsuit on December 6, 2016.

ARI hereby incorporates the Motion to Dismiss (Dkt. No. 51) and supporting Memorandum of Law (Dkt. 53) filed by Defendants Segerdahl and Lawrence into ARI's Motion for Judgment on the Pleadings. In further support hereof, ARI states:

1. Plaintiffs assert that Defendant MVP, a temporary labor agency, and certain of MVP's alleged client companies, including ARI, discriminated against African American temporary laborers in violation of the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1981 ("Section 1981"). *See* Compl. ¶ 1.

2. Count VI of Plaintiffs' Complaint asserts that ARI violated Section 1981 because of its "discriminatory practices in hiring." *See* Compl. ¶ 126.

3. Plaintiffs' Complaint seeks to certify an "ARI Subclass" of "All African-Americans who sought work assignments…and were eligible to work at Advertising Resources, Inc. d/b/a ARI Media at any time between December 6, 2012 and the date of judgment…" *See id*. at ¶ 82(e).

4. Defendant ARI filed its Answer to Plaintiffs' Complaint on February 17, 2017. Dkt. No. 35.

5. In its Answer, Defendant ARI asserted that Plaintiffs' Section 1981 claims were time-barred to the extent they did not comply with the applicable two-year statute of limitations. *See id*. at p. 52, Twelfth Defense.

6. A Rule 12(c) Motion for Judgment on the Pleadings is reviewed under the same standard as a Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, the primary difference being that a Rule 12(c) motion is filed after an Answer. *See Buchanan-Moore v. County of Milwaukee*, 570 F.3d 824, 827 (7th Cir. 2009) (stating that a Rule 12(c) motion is filed after an answer but reviewed under the same standard as a Rule 12(b)(6) motion); *Pisciotta v.*

*Old National Bancorp*, 499 F.3d 629, 633 (7th Cir. 2007); *Northern Indiana Gun & Outdoor Shows, Inc. v. City of South Bend*, 163 F.3d 449, 452 (7th Cir. 1998).

7. A Rule 12(c) Motion for Judgment on the Pleadings is an appropriate mechanism for challenging claims that are time-barred by a statute of limitations. *See Brownmark Films, LLC v. Comedy Partners*, 682 F.3d 687, 690 (7th Cir. 2012) (noting that it is well-established in the 7th Circuit that Rule 12(c) is appropriate for raising a statute of limitations challenge); *Brooks v. Ross*, 578 F.3d 574, 579 (7th Cir. 2009); *Frey v. Bank One*, 91 F.3d 45 (7th Cir. 1996) (granting a Rule 12(c) motion on statute of limitations grounds).

WHEREFORE, for the above and foregoing reasons and those stated in the Motion to Dismiss and supporting Memorandum of Law previously filed by Defendants Segerdahl and Lawrence, Defendant ARI respectfully requests that the Court enter an order:

1. dismissing with prejudice all of Plaintiffs' Section 1981 claims alleged in Count VI of the Complaint to be based on events occurring before December 6, 2014;

2. dismissing all related paragraphs of the Complaint that purport to apply a four-year statute of limitations to Plaintiffs' Section 1981 Claims, specifically ¶¶ 1, 42-52, 54-67, 81, 82(a)-(g), and 83(b) thereof, including Plaintiffs' definition of the alleged "ARI Subclass"; and

3. granting such other, further, or additional relief in ARI's favor and against Plaintiffs as this Court deems fair, just, and equitable.

Because Defendant ARI is joining the Motion to Dismiss filed by Defendants Segerdahl and Lawrence, ARI's Motion is based on the same facts and law as the Motion to Dismiss, and the two Motions are reviewed under the same standard, ARI does not believe that separate or additional briefing is required from the Parties.

Block DocID

| | |
|---|---|
| **DATED: March 22, 2017** | ADVERTISING RESOURCES, INC. |
| | By: *s/ Katherine F. Mendez* <br> One of Its Attorneys |

Richard P. McArdle
Jennifer A. Riley
Katherine F. Mendez
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
Telephone:     (312) 460-5000
rmcardle@seyfarth.com
jriley@seyfarth.com
kmendez@seyfarth.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Alvar Ayala
Workers' Law Office, P.C.
53 W Jackson Blvd, Suite 701
Chicago, IL 60604
aayala@wagetheftlaw.com

**Plaintiff Attorney**

Christopher J. Williams
Workers' Law Office, PC
53 W Jackson Blvd., Suite 701
Chicago, IL 60604
cwilliams@wagetheftlaw.com

**Plaintiff Attorney**

Joseph M Sellers
Cohen, Milstein, Sellers & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934
jsellers@cohenmilstein.com

**Plaintiff Attorney**

Miriam Rose Nemeth
Cohen Milstein Sellers & Toll, Pllc
1100 New York Ave., Nw, Suite 500
Washington, DC 20005
(202) 408-4600
mnemeth@cohenmilstein.com

**Plaintiff Attorney**

Shaylyn Capri Cochran
Cohen Milstein Sellers & Toll, Pllc
1100 New York Ave., Nw, Suite 500
Washington, DC 20005
scochran@cohenmilstein.com

**Plaintiff Attorney**

Carter A. Korey
Korey Richardson LLC
20 S. Clark Street, Suite 500
Chicago, IL 60603
ckorey@koreyrichardsonlaw.com

**Defendant, Personnel Staffing Group, LLC**

Elliot S. Richardson
Korey Richardson LLC
20 South Clark Street, Suite 500
Chicago, IL 60603
erichardson@koreyrichardsonlaw.com

**Defendant, Personnel Staffing Group, LLC**

| | |
|---|---|
| Britney Zilz<br>Korey Richardson LLC<br>20 S. Clark Street. Suite 500<br>Chicago, IL 60603<br>bzilz@koreyrichardsonlaw.com<br><br>**Defendant, Personnel Staffing Group, LLC** | Phillip Michael Schreiber<br>Holland & Knight LLC<br>131 South Dearborn Street<br>30th Floor<br>Chicago, IL 60603-2511<br>(312)263-3600<br>Email: phillip.schreiber@hklaw.com<br><br>**Defendant, Mercury Plastics, Inc.** |
| Anne E. Larson<br>Ogletree, Deakins, Nash, Smoak & Stewart<br>155 North Wacker<br>Suite 4300<br>Chicago, IL 60606<br>312-558-1253<br>Fax: 312-807-3619<br>anne.larson@ogletreedeakins.com<br><br>**Defendant, MPS Chicago, Inc.** | Katherine A. Manuel<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>155 N. Wacker Drive<br>Suite 4300<br>Chicago, IL 60606<br>(312) 558-1220<br>katherine.manuel@ogletreedeakins.com<br><br>**Defendant, MPS Chicago, Inc.** |

By: *s/ Katherine F. Mendez*
     Attorney for Defendant Advertising
     Resources, Inc.