IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWOIN HUNT, JAMES ZOLLICOFFER, NORMAN GREEN, JAMES LEWIS, and KEVIN JAMES, on behalf of themselves and other similarly situated laborers,<br><br>Plaintiffs,<br><br>v.<br><br>PERSONNEL STAFFING GROUP, LLC d/b/a MVP, THE SEGERDAHL CORP., MERCURY PLASTICS, INC., MPS CHICAGO, INC. d/b/a JET LITHO, THE PENRAY COMPANIES, INC. ADVERTISING RESOURCES, INC. d/b/a ARI PACKAGING, LAWRENCE FOODS, INC., and BLOMMER CHOCOLATE COMPANY,<br><br>Defendants. | Case No. 16-cv-11086<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Finnegan |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that HARINI SRINIVASAN of Cohen Milstein Sellers & Toll PLLC hereby appears on behalf of Plaintiffs in the above-captioned action.

Dated: August 23, 2019

Respectfully submitted,

*/s/ Harini Srinivasan*
Joseph M. Sellers
Shaylyn Cochran
Harini Srinivasan
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W. Suite 500
Washington, D.C. 20005
(202) 408-4600

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 23rd day of August 2019, I served Plaintiffs' "Notice of Appearance" on all parties via CM/ECF delivery.

                                                        */s/ Harini Srinivasan*
                                                        Harini Srinivasan