**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES ZOLLICOFFER, NORMAN GREEN, JAMES LEWIS and KEVIN JAMES, on behalf of themselves and other similarly situated laborers, | |
| Plaintiffs, | Case No. 16 C 11086 |
| v. | Judge John J. Tharp, Jr. |
| PERSONNEL STAFFING GROUP, LLC d/b/a MVP, THE SEGERDAHL CORP., MERCURY PLASTICS, INC., MPS CHICAGO, INC. d/b/a JET LITHO, THE PENRAY COMPANIES, INC. ADVERTISING RESOURCES, INC. d/b/a ARI PACKAGING, and LAWRENCE FOODS, INC., | Magistrate Judge Finnegan |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED[1] MOTION FOR FINAL APPROVAL OF THE PARTIAL
CLASS ACTION SETTLEMENT AGREEMENT BETWEEN PLAINTIFFS
AND PERSONNEL STAFFING GROUP, LLC, THE SEGERDAHL CORP.,
MERCURY PLASTICS, INC., THE PENRAY COMPANIES, INC.,
ADVERTISING RESOURCES, INC. AND LAWRENCE FOODS, INC.**

Now come Plaintiffs James Zollicoffer, Norman Green, James Lewis and Kevin James

individually and on behalf of all others similarly situated ("Plaintiffs"), and move this Court for

Final Approval of the Partial Class Action Settlement Agreement ("Partial Settlement

Agreement") between Plaintiffs and Defendants Personnel Staffing Group, LLC d/b/a MVP

("MVP"), The Segerdahl Corp. ("Segerdahl"), Mercury Plastics, Inc. ("Mercury"), The Penray

Companies, Inc. ("Penray"), Advertising Resources, Inc. d/b/a ARI Packaging ("ARI") and

---

[1] As of the time of this filing, Class Counsel had heard back from Defendants MVP, Segerdahl, Mercury, Penray, ARI and who do not oppose this Motion. Class Counsel had not heard back from counsel for Lawrence Foods either way but Lawrence Food' representative will be able to inform the Court of its position on the Motion at the Final Approval Hearing on August 4, 2020.

Lawrence Foods, Inc. ("Lawrence Foods") (the "Settling Defendants") (collectively, "the Parties"). The Settling Defendants do not oppose this Motion. In support of their Motion for Final Approval, Plaintiffs state as follows:

1.      On March 11, 2020, this Court granted Preliminary Approval to the Parties' partial settlement of Plaintiffs' claims on behalf of themselves and of a class of other similarly situated individuals for Defendants MVP, Segerdahl, Mercury, Penray, ARI and Lawrence Foods alleged discrimination against African Americans in the making of work assignments from MVP to its client company Defendants' worksites in violations of the Civil Rights Act of 1866, 42 U.S.C. § 1981 ("§ 1981"). Dkt. #188.

2.      This Court has jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. §1331, arising under 42 U.S.C. § 1981.

3.      Final approval is appropriate where the court determines that a settlement is fair, adequate, and reasonable. *Synfuel Techs., Inc. v. DHL Express (USA), Inc*., 463 F.3d 646, 652 (7th Cir. 2005). In determining whether a settlement is fair, adequate, and reasonable, courts in the Seventh Circuit consider a variety of factors including:

      a.  the strength of plaintiff's case, weighed against the settlement offer;

      b.  the complexity, length, and expense of further litigation;

      c.  the presence (or absence) of collusion between the parties;

      d.  the opinion of competent counsel;

      e.  the reaction of class members to the proposal; and

      f.  the stage of proceedings and discovery completed.

*In re Mexico Money Transfer Litig*., 164 F. Supp. 2d 1002, 1014 (N.D. Ill. 2000) (citing *Donovan v. Estate of Fitzsimmons*, 778 F.2d 298, 308 (7th Cir. 1985)).

4.      As explained in detail in Plaintiffs' supporting Memorandum of Law, the Partial Class Action Settlement Agreement between Plaintiffs and Defendants MVP, Segerdahl, Mercury, Penray, ARI and Lawrence Foods meets these factors and should be approved.

WHEREFORE, Plaintiffs respectfully requests that the Court enter a Final Order approving the Parties' Class Action Stipulation of Settlement in the form attached to Plaintiffs' Memorandum of Law in Support of Final Approval as Exhibit 1.

*Respectfully submitted on behalf of Plaintiffs by:*

*/s/Christopher J. Williams*
Christopher J. Williams
National Legal Advocacy Network
53 W. Jackson Blvd, Suite 1224
Chicago, Illinois 60604
(312) 795-9121

Joseph M. Sellers
Shaylyn Cochran
Harini Srinivasan
Cohen Milstein Sellers & Toll P.L.L.C.
1100 New York Avenue, N.W., Suite 500
Washington, D.C. 20005
(202) 408-4600

*Counsel for Plaintiffs and the Class*

Dated: July 31, 2020